**FILED**

**NOV 1 5 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSEPH W. SMITH,                          )
                                          )
             Plaintiff,                   )
                                          )
      v.                                  )          Civil Action No.  13-1489
                                          )
UNITED STATES DEPARTMENT                  )
OF JUSTICE,                               )
                                          )
             Defendant.                   )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed.  Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined.  28 U.S.C. § 1915(a)(2).  To date, the plaintiff has not submitted the required financial information.  Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

United States District Judge

DATE: Nov. 13, 2013